Allen M. Brabender, Esquire, U.S. Department of Justice, Maxwell C. Smith, Esquire, Office of the General Counsel, Washington, DC, Karen D. Cyr, Esquire, U.S. Nuclear Regulatory Commission, Office of the General Counsel, Rockville, MD, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

James Salsman petitions pro se for review of the Nuclear Regulatory Commission's ("NRC") decision denying his petition for rulemaking to amend NRC's regulations concerning the environmental and exposure limits for heavy metal radionuclides, and to reclassify uranium solubility. *See* 10 C.F.R. Part 20. We dismiss the petition for review for lack of Article III standing because Salsman did not demonstrate that he suffered an "injury in fact" that is concrete and particularized and actual or imminent. *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992).

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny Salsman's request for oral argument.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

PETITION FOR REVIEW DISMISSED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kisha Lyn Masga KING, Defendant–Appellant.**

**No. 09–10433.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 14, 2010.

James J. Benedetto, Assistant U.S. Attorney, USNMI–Office of the U.S. Attorney, Saipan, MP, for Plaintiff–Appellee.

Matthew F. Smith, Esquire, Law Office of F. Matthew Smith, LLC, Saipan, MP, for Defendant–Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Kisha Lyn Masga King appeals from the revocation of her supervised release and the 9–month term of imprisonment imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), King's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

